■ In the Matter of DOLORES RANKIN, Respondent, v RANDOLPH A. RANKIN, Appellant.—In a proceeding to enforce the terms of an order of support, the father appeals, as limited by his brief, from so much of an order of the Family Court, Queens County, dated September 7, 1976, as determined that he was obligated to pay $350 per month as child support. By order dated June 6, 1977, this court remitted the proceeding to the Family Court to hear and report, with findings of fact, on the issue of whether the stipulation dated September 19, 1975 was intended by the parties to permanently raise appellant's child support obligation from $300 per month to $350 per month without regard to the continuance of the therapy, and the appeal has been held in abeyance in the interim *(Matter of Rankin v Rankin,* 58 AD2d 584). The hearing has been held and the report has been received. Order affirmed, insofar as appealed from, without costs or disbursements. No opinion. Martuscello, J. P., Damiani, Titone and Cohalan, JJ., concur.

■ In the Matter of ALEXANDER SMITH et al., Appellants-Respondents, v RICHARD I. MACMURRAY, as President of the City Council of the City of Long Beach, et al., Respondents-Appellants.—In a proceeding pursuant to CPLR article 78 to compel the reinstatement of petitioners to their employment with the City of Long Beach, the parties cross-appeal from so much of a judgment of the Supreme Court, Nassau County, entered November 14, 1977, as failed to award petitioners credit for vacation or sick days and failed to offset, against the award to petitioner Smith, the sum of his earnings as an insurance broker. Judgment affirmed insofar as appealed from, without costs or disbursements, upon the opinion of Mr. Justice Oppido at Special Term. Latham, J. P., Damiani, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASIEM ALLAH, Also Known as CURTIS JONES, Appellant.—Judgment of the Supreme Court, Queens County, rendered February 22, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Damiani, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CORTES, Appellant.—Judgment of the Supreme Court, Kings County, rendered November 21, 1976, affirmed. No opinion. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631). Hopkins, J. P., Martuscello, Latham and Damiani, JJ., concur.